United States federal Court Clerk District of Nebraska

Anthony P Purdy  8:14CV240

VS

State of Nebraska
Public Defenders office
City of Omaha Mark Foxhall
Douglas County John Hubbard
Douglas County Court Managers both
John M Friend teachers at 4805 S 22nd
judges in cases preliminary Hearings
Travis Nappier  cosnamed Jeffry Davis
Mark Mancuso  Sgt Savancis Liddick
Omaha Police Department  Sgt Scorbef

Bias / Prejudice
Request Injunction
Relief Immediate
Release charges
be Dismissed
Seek Damages
As A American
with Disability act
Preliminary Hearings

I writing Request an immidate Release move to proceed that I am an American with a Disability that my Rights have been violated in preliminary Hearings denied Rights to fair due process in supenas, witness inaffective assistance of council that those with knowledge of my case where not called that I was held as a free man in Douglas county jail even tho my time who over 3 days I was sentence they held me for 5 more days before I was released from custody as due process requires that in current case the alleged victim Demetrius ? unknown to me with bodily Harm then called the police

and made a false claim just to get me arrest, when the police arrested me they refused to fill charges against that Bias charge was filed, that as probol cause used was under these false statments and Held as fruits of a poisonous tree the charges should not Be filed and any search and sezuer or statements or evidance should Be inadmissable, the alleged victum Demetrious last name Unknown Statements should be surpressed there for Underlay my Detainment and charges and arrest where illegall, for these and any violations the courts find I Request a dissmissal and my immedate release as to maintain my mental Health living housin can continue that these and previous charges where harassment and interferee with my living ad Constitinall Rights as an American with Disability that Douglas County has Denied me those needs nessesity and furthered my harm By assaulting me. and not giving the meds or medical attention or protections of those Cos S.gts Staff for failure to provide me Saftey Security or equal of an living Condition in Douglas County Corrections ACHS med 20

those named and unnamed Mark Foxwell John Hubbard, Mary Early, Pat West-Lt. Rodgers, Lt. Rockford Lt. Morrison CCA, CCS medical Deportments mental Health provider for Passing the Buck and never providing those except to say on kite and not allow my Grievances to Be heard. for these and other Reasons I seek Relief and Immediate Release of my incarceration from Douglas County Corrections Center. Its my hopes and these motions Be granted and my Safety Return also for failure to provide me with a meal according to institutional medico portions size of ACA accredit facility and the as moved list Kool Aid that eats Holes in my cup Respectfully

David E Nelson 8-4-14

[GENERAL NOTARY - State of Nebraska, DAVID E. NELSON, My Comm. Exp. Nov. 29, 2014]

Demetrius ? unknown so John Manager of 4805 22nd St Ricky assistant Manager 4805 So 22nd St Lionne Strickland owner of Both Properties 4805 and House on corner of 22nd nSt. these are also Named as codefendents OPR DANSKEER

United States federal District Court
Clerk of District Court
USCA 1084 L NE statue 83-356

that I've Requested 3 kites for copies and copies of inmate account so I can proceed pro se yet they mail people Have either lost or can't seem to find my Request put in another and gone again a constant continuous problem with my filing court process and access because of e/the staffs or Records telling me that they Refuse to or Don't have to I'd like to Be Released that? 42 USC cannot obtain treatments care for my Disability needs 1983 0802

Respectfully

GENERAL NOTARY - State of Nebraska
LISA MARTIN
My Comm. Exp. Oct. 13, 2014

Lisa Martin

that under these titles I seek Relief protections and to Be taken out of Harms WAY immediatly

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 15 AM 11: 16

OFFICE OF THE CLERK

RECEIVED
AUG 15 2014
CLERK
U.S. DISTRICT COURT
OMAHA



Anthony Purdy P
Printed Name
(117350) (20)
Data # Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED
AUG 15 2014
CLERK
U.S. DISTRICT COURT
OMAHA

Roman L Hutulusko
Omaha Nebraska 68183
111 So 18th Plaza Suit 1132

United States Federal Court House
Clerk of District Court
Omaha Nebraska 68183
111 So 18th Plaza Suit 1132